UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cr-20744-Altonaga

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONAS MICHAEL,

    Defendant.
_____/

FILED BY  SW  D.C.

Jul 7, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
## ON SUPERVISED RELEASE VIOLATIONS

### I.   Background

The Defendant, JONAS MICHEL, appeared before the Court on July 6, 2023, for a status re: final hearing on the Petition for Warrant or Summons for Offender under Supervision ("Petition") [DE 93]. At the hearing, Defendant and his counsel advised the Court that Defendant wished to admit two of the supervised release violations pending against him. The Court therefore engaged in a colloquy with Defendant to ensure that his admissions were knowing and voluntary.

Defendant was originally convicted in the Southern District of Florida of bringing aliens into to the United States for commercial and private financial gain, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii), a Class C felony. On March 27, 2019, the Honorable Marcia G. Cooke, United States District Judge, sentenced Defendant to 36 months of imprisonment followed by three years of supervised release. Defendant's term of supervised release commenced on July 13, 2021.

Defendant is now charged with the following violations of his supervised release conditions in the Petition [DE 93]:

1

1. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about August 30, 2022, in Palm Beach County, Florida, Defendant committed the offense of possession of a firearm by a convicted felon, contrary to Florida Statute 790.23(1A).

2. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about August 30, 2022, in Palm Beach County, Florida, Defendant committed the offense of carrying a concealed firearm, contrary to Florida Statute 790.01(2).

3. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about August 30, 2022, in Palm Beach County, Florida, Defendant committed the offense of resisting an officer without violence, contrary to Florida Statute 843.02.

## II.   Summary of Hearing

At the July 6, 2023 hearing, upon questioning by the Court, Defendant stated that he was clear-headed and not under the influence of drugs, alcohol, or any controlled substance. Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, Defendant was advised of the violations alleged against him, his right to contest the allegations, his right to appear at the hearing and present evidence, and his right to question adverse witnesses. After being advised of those rights, Defendant stated that he waived his right to a final revocation hearing.

Additionally, after being advised of his rights and the maximum penalties he is facing (two years in prison followed by three years of supervised release less any time served in prison), Defendant waived his right to a contested revocation hearing and admitted to allegations # 1 and 2, as alleged in the Petition. The Court finds that Defendant made his waivers and admissions knowingly, intelligently, and voluntarily, and with the advice and assistance of competent counsel. Based on Defendant's admissions to allegations # 1 and 2, as well as its review of the record, the Court finds by a preponderance of the evidence that Defendant committed allegations # 1 and 2 as alleged in the Petition.

The Government presented no evidence to support that Defendant committed allegation

# 3 as alleged in the Petition and requested that the Court dismiss allegation # 3.

### III.  Recommendation

For the foregoing reasons, it is respectfully recommended that the Honorable Cecilia M. Altonaga, Chief United States District Judge, find that Defendant has violated the terms and conditions of his supervised release as alleged in violations # 1 and 2 of the Petition. The Court further recommends that Judge Altonaga dismiss allegation # 3 of the Petition. The Court further recommends that Judge Altonaga schedule a sentencing hearing on allegations # 1 and 2.

### NOTICE OF RIGHT TO OBJECT

The parties shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with Chief United States District Judge Cecilia M. Altonaga. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 7th day of July, 2023.

*[signature]*
WILLIAM MATTHEWMAN
United States Magistrate Judge