UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20744-CR-ALTONAGA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JONAS MICHAEL,

      Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge William Matthewman's Report

and Recommendation on Supervised Release Violations, entered on July 7, 2023 [ECF No. 108].

To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 108]** is **AFFIRMED AND**

**ADOPTED**. The Court finds that Defendant has violated the terms and conditions of his

supervised release as alleged in violations 1 and 2 of the Petition.

**DONE AND ORDERED** in Miami, Florida, this 24th day of July, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge William Matthewman